

LAWRENCE G. BROWN
Acting United States Attorney
DEANNA L. MARTINEZ
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000





FILED
MAR 11 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff. <br><br> v. <br><br> IN RE MATTER FOR SEIZURE <br> Any and all monies, funds or financial instruments deposited, credited or held at Summit State Bank in the name of West Pac Bail Bond General Agency and Accredited,, including but not limited to account number #72-108419-2, et.al. <br><br> Defendants. | Case Number: 1:10 SW 00046 SMS <br><br> APPLICATION AND [PROPOSED] SEALING ORDER |

For good cause shown in the attached affidavit of Kenneth Tam, the Court orders that the affidavit in support of the above-referenced seizure warrant be, and the same hereby is, SEALED pending further order of this Court.

IT IS SO ORDERED.

Dated: 3/11/10

_____
United States Magistrate Judge
SM SNYDER

[PROPOSED] SEALING ORDER