SEALED FILED

1 | BENJAMIN B. WAGNER
United States Attorney

MAR 24 2011

2 | ELANA S. LANDAU
Assistant U.S. Attorney

3 | 2500 Tulare Street
Fresno, California 93721

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

4 | Telephone: (559) 497-4000

5

6

7 | IN THE UNITED STATES DISTRICT COURT FOR THE

8 | EASTERN DISTRICT OF CALIFORNIA

9

10

11 | In the Matter of the Seizure of    )    Case NO. 1:10-SW-46 SMS
Any and All Monies, Funds, or       )
12 | Financial Instruments Deposited,   )    REQUEST TO **UNSEAL** SEIZURE WARRANT
Credited, or Held at Summit         )
13 | State Bank in the Name of          )
West Pac Bail Bond General Agency)
14 | and Accredited, including but not)
limited to account number           )
15 | 72-108419-2, and Bank of the West)
Modesto, California, in the name )
16 | of Aleo John Pontillo, II,          )
including but limited to account )
17 | number 112000336.                   )
                                      )
18 | _____)

19

20 |     Upon application of the United States of America and good cause

21 | having been shown,

22 |     IT IS HEREBY ORDERED that the seizure warrant and application

23 | and affidavit in support of the seizure warrant in the above-

24 | captioned proceeding be and is hereby unsealed.

25

26 | Date: _March 23, 2011

Honorable Sandra M. Snyder
United States Magistrate Judge

27

28

2